427 A.2d 1191

Commonwealth v. Love, Appellant.

Submitted November 16, 1979. David Metinko, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

427 A.2d 1192

Commonwealth v. McDaniel, Appellant.

Submitted November 16, 1979. Daniel R. Lovette, for appellant; Gerard Long, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

427 A.2d 1192

Commonwealth v. McNeil, Appellant.